UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 626 |
| vs. | ) | Violations: Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(... |
| CECIL DALTON | ) | |

**JUDGE LINDBERG**

**MAGISTRATE JUDGE COLE**

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about June 1, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

CECIL DALTON,

defendant herein, knowingly distributed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 30, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

CECIL DALTON,

defendant herein, knowingly distributed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about November 14, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

CECIL DALTON,

defendant herein, knowingly possessed material, namely, a Compaq computer, serial number 6017CTL8A615, containing a Seagate 40 gigabyte hard drive, serial number 5JX8FGX9, that contained video and still images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported in interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **FORFEITURE ALLEGATION**

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations of Counts One through Three of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Section 2252A,

CECIL DALTON,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title and interest defendant has in any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used to commit and to promote the commission of the said violations and any property traceable to such property.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items:

   (a) seized personal computers including hard and zip drives;

   (b) seized peripheral connecting cables and equipment;

   (c) seized computer disks, including compact disks, floppy disks, CD-Rom disks, and zip disks; and

   (d) seized images.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY