# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE LINDBERG | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 GJ 051 | DATE | August 6, 2008 |
| CASE TITLE | US v. CECIL DALTON | | 08 CR 626 |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL MARCH 2007___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

*FILED AUG X 6 2008 — MAGISTRATE JUDGE JEFFREY COLE, UNITED STATES DISTRICT COURT*

DOCKET ENTRY:

**MAGISTRATE JUDGE COLE**

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                                     UNDER SEAL)

- [ ] No notices required, advised in open court.
- [ ] No notices required.
- [ ] Notices mailed by judge's staff.
- [ ] Notified counsel by telephone.
- [ ] Docketing to mail notices.
- [ ] Mail AO 450 form.
- [ ] Copy to judge/magistrate judge.

Courtroom Deputy Initials | Date/time received in Central Clerk's office

Number of notices | DOCKET#
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials