## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 626 - 1 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Cecil Dalton | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. Defendant waives his right to a detention hearing. The Court appoints Gerald Collins as counsel for defendant. Rule 16.1(a) conference to be held by or on 8/21/08. Pretrial motions to be filed by or on 9/4/08. Response to be filed by or on 9/18/08. Status hearing set before Judge Lindberg for 9/24/08 at 9:30 a.m. Time ordered excluded to 9/24/08 pursuant to 18:3161(h)(8)(A)(B) (X-E). Defendant is hereby ordered into the custody of the U.S. Marshals.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

Case 1:08-cr-00626   Document 6   Filed 08/14/2008   Page 1 of 1

08CR626 - 1 USA vs. Cecil Dalton                                                                                   Page 1 of 1