# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
(Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

United States vs. CECIL DALTON

FOR ILNC
AT NORTHERN

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)

CECIL DALTON

| 1 ☒ Defendant – Adult | UNITED STATES MAGISTRATE JUDGE |
| 2 ☐ Defendant – Juvenile | UNITED STATES DISTRICT COURT |
| 3 ☐ Appellant | 08 CR 626 |
| 4 ☐ Probation Violator | District Court 08 CR 626-1 |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box → ) ☒ Felony ☐ Misdemeanor

DISTRIBUTED CHILD PORNOGRAPHY
18 USC 2252 (A) (2) (A)

FILED
AUG 4 2008
MICHAEL T. MASON

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed *Temporary*

Name and address of employer: Labor Temp at First Ch.

IF YES, how much do you earn per month? $ 275 per week $1,100 IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____  If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

| RECEIVED | SOURCES |
|---|---|
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 22

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| VALUE | DESCRIPTION |
|---|---|
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | | Creditors | |
|---|---|---|---|
| Internet Cable bill | | $ | $ 100 |
| DWCA Registration bill | | $ 300 | $ |
| | | $ | $ |
| | | $ | $ |

certify under penalty of perjury that the foregoing is true and correct. Executed on (date) August 14, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► Cecil Dalton